IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. HOLLEY, SR.

    Plaintiff,                            No. CIV S-05-2290 DFL GGH P

   vs.

J. Z. SCOTT, et al.,                      ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Certain defendants and claims were dismissed from plaintiff's original complaint with leave granted for plaintiff to file an amended complaint. See Order, filed on March 27, 2006.

       Plaintiff's amended complaint states a cognizable claim for relief against defendants Assoc. Warden Sterling O'Ran; Correctional Officer C/O J.Z. Scott; Librarian Portia Rogers; Senior Librarian Cheng; Corr. Sgt. Imhoff, with respect to plaintiff's retaliation claims pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. By concurrently filed findings and recommendations, this court finds that some claims and defendants set forth in the amended complaint should be dismissed.

       In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Assoc. Warden Sterling O'Ran; C/O J.Z. Scott; Librarian Portia Rogers; Senior Librarian Cheng; Corr. Sgt. Imhoff.

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 6, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six (6) copies of the endorsed amended complaint filed April 6, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 10/30/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
holl2290.1am

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  | IN THE UNITED STATES DISTRICT COURT |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | PATRICK R. HOLLEY, SR. |
| 11 | Plaintiff,                     No. CIV S-05-2290 DFL GGH P |
| 12 | vs. |
| 13 | J. Z. SCOTT, et al., |
| 14 | Defendants.            NOTICE OF SUBMISSION |
| 15 |                                OF DOCUMENTS |
| 16 | _____/ |
| 17 | Plaintiff hereby submits the following documents in compliance with the court's |
| 18 | order filed _____: |
| 19 |     1     completed summons form |
| 20 |     5     completed USM-285 forms |
| 21 |     6     copies of the  April 6, 2006 |
|    |                        Amended Complaint |
| 22 | DATED: |
| 23 |    |
| 24 |    |
|    |                        _____ |
|    |                        Plaintiff |
| 25 |    |
| 26 |    |