IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. HOLLEY, SR.

      Plaintiff,                               No. CIV S-05-2290 ALA P

     vs.

J.Z. SCOTT, et al.,

      Defendant.                         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 31, 2006, the magistrate judge filed findings and recommendations recommending that defendants Schwartz, Jones, Cullen, Piazza, Grannis and Cry be dismissed from this action. That filing also recommended that plaintiff's claims of a denial of First Amendment right of access to the courts against defendants O'Ran, Scott, Rogers, Cheng and Imhoff also be dismissed and that this action only proceed against these defendants as to plaintiff's claims of retaliation. Plaintiff was given twenty days after service to file objections with the court. No objections were filed.

        Also on October 31, 2006, the magistrate judge ordered plaintiff to complete and return

1 to the court, within 30 days, the USM-285 forms necessary to effect service on defendants. 30
2 days passed and plaintiff did not respond in any way to the court's order.  On January 11, 2007,
3 the magistrate judge again filed findings and recommendations herein which were served on all
4 parties and which contained notice to all parties that any objections to the findings and
5 recommendations were to be filed within twenty days.  Those findings and recommendations
6 recommended that this action be dismissed due to plaintiff's failure to respond to the court's
7 order.  No objections were filed.
8         The court has reviewed the file and finds the findings and recommendations to be
9 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
10 ORDERED that:

12         1.  The findings and recommendations filed January 11, 2007, are adopted in full;
13 and
14         2. The findings and recommendations filed October 31, 2006, are rendered moot;
15 and
16         3. Plaintiff's claim under 42 U.S.C. § 1983 is dismissed with prejudice.
17 DATED: August 17, 2007

19                                    /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT  JUDGE
20                                    Sitting by Designation